Joe Angelo (Bar No. 268542)
jangelo@gajplaw.com
Gale, Angelo, & Johnson, P.C.
2999 Douglas Blvd., Ste. 111
Roseville, California 95661
Telephone: 916-290-7778
Facsimile: 916-282-0771

Attorneys for Plaintiff
Kelli Davies

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA — SOUTHERN DIVISION

| | |
|---|---|
| KELLI DAVIES<br><br>          Plaintiff,<br><br>     vs.<br><br>SYNCHRONY BANK, et. al.<br>          Defendants. | Case No.: 8:24-cv-01630-DOC-ADS<br><br>**STIPULATED REQUEST FOR DISMISSAL WITHOUT PREJUDICE OF DEFENDANT SYNCHRONY BANK** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**IT IS HEREBY STIPULATED** by and between Plaintiff Kelli Davies and Defendant Synchrony Bank, that Synchrony Bank be dismissed from this action without prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

DATED: November 21, 2024   **Gale, Angelo, & Johnson, P.C.**

By: _____*/s/ Joe Angelo*_____
Joe Angelo
Attorneys for Plaintiff
Kelli Davies

DATED: November 21, 2024   **Reed Smith**

By: _____*/s/ Steven P. Warner*_____
Steven P. Warner
Attorneys for Defendant
Synchrony Bank

**SIGNATURE CERTIFICATION**

Pursuant to L.R. 5-4.3.4 of the United States District Court for the Central District of California, I hereby certify that the content of this document is acceptable to counsel for Defendant, and that I have obtained authorization to affix counsel's electronic signature to this document.

By: /s/ Joe Angelo
Joe Angelo
Counsel for Plaintiff