1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA — SOUTHER DIVISION

| | |
|---|---|
| KELLI DAVIES, | Case No.: 8:24-cv-01630-DOC-ADS |
| Plaintiff, | |
| vs. | **[PROPOSED] ORDER** |
| SYNCHRONY BANK et. al. | |
| Defendants. | |

## [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Synchrony Bank is dismissed without prejudice and each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED:_____

                                       Hon. David O. Carter
                                       UNITED STATES DISTRICT JUDGE